the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

THE GERBEREUX COMPANY, Respondent, v. ERNA ZIMMERMAN, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

LOUIS GONZALES, Respondent, v. ISIDOR REICHENTHALER, Appellant, Impleaded with Another, Defendant.— Motion for leave to appeal to the Court of Appeals granted, without costs. Motion for stay granted to the extent of staying the proceedings on the reference ordered by the interlocutory judgment, otherwise denied. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ. Settle order before the presiding justice.

KATIE B. HESS, Appellant, v. WILLIAM HESS and Others, Defendants. AUGUST SIEGEL, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ARTHUR CARTER HUME, as Receiver of BABYLON RAILROAD COMPANY, Appellant, v. WALLACE E. J. COLLINS, as Receiver of HUNTINGTON RAILROAD COMPANY, and Others, Respondents.— Motion denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

In the Matter of Proving the Last Will and Testament of MATILDA E. BURNHAM, Deceased. HERMAN A. SCHUPP and VICTOR H. THUN, Proponents, Appellants; EDWARD S. SLATER and FREDERICK P. CLOSE, as Special Guardians of FREDERICK W. BURNHAM, Contestants, Appellants.— Motion granted, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

In the Matter of an Application, Pursuant to Section 103 of the Inferior Criminal Courts Act,* for the Removal of a City Magistrate, etc., on Complaint of EDWARD E. DEAN v. JOHN KOCHENDORFER, as a City Magistrate of the City of New York.— The petition does not present a *prima facie* case for the removal of the magistrate. The erroneous judgment rendered has been reversed on appeal, and the wrong, if any, the petitioner has suffered at the hands of the officer and the magistrate can be otherwise redressed. Charges dismissed, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

In the Matter of Proving the Last Will and Testament of ARTHUR HENRY GAFFKEN, Deceased.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

In the Matter of Charges Preferred by ANDREW J. THOMPSON, Respondent, v. THOMAS P. MORRISSEY, Appellant.— Motion denied on condition that

* Laws of 1910, chap. 659, § 103, as amd. by Laws of 1915, chap. 531.— [REP.

appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ABRAHAM LAUFER, Appellant, v. ARTHUR M. FRANKEL, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

HELEN LAUFER, Appellant, v. ARTHUR M. FRANKEL, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

MILTON L'ECLUSE, Respondent, v. YOUNG & METZNER REALTY COMPANY, INC., Appellant.— Motion for stay granted, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

WILFRED LINTHWAITE, Respondent, v. ABRAHAM SHEBAR, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

JACENTAS MALUKAS, Respondent, v. OVERSEAS SHIPPING COMPANY, INC., Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CATHERINE MERKERT, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, v. QUEENS COUNTY WATER COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ. Settle order, with questions, before the presiding justice.

ROCKAWAY POINT COMPANY, INC., Respondent, v. SOPHIE FRIBERG and Another, Appellants. (Action No. 1.) — Motion denied on condition that appellants perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ROCKAWAY POINT COMPANY, INC., Respondent, v. SOPHIE FRIBERG and Another, Appellants. (Action No. 2.) — Motion denied on condition that appellants perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ROCKAWAY POINT COMPANY, INC., Respondent, v. SOPHIE FRIBERG and Another, Appellants. (Actions Nos. 3 to 11 inclusive.) — Motion denied on condition that appellants perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

JOSEPH M. ROMAN and HERBERT CALLMAN, Respondents, v. JAMES